**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: Z.R.G., F.A.G., JR., J.A.G.,      : No. 388 WAL 2014
K.M.G., L.H.G.      :
     :
     : Petition for Allowance of Appeal from the
PETITION OF: F.G., BIRTH FATHER      : Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.